____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
           COUNSEL/PARTIES OF RECORD

JUN 13 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-_____ |
| | ) |
| Plaintiff, | ) ORDER FOR ISSUANCE OF |
| | ) WRIT OF HABEAS CORPUS |
| vs. | ) AD PROSEQUENDUM FOR |
| | ) JESSY SALVADOR AVILA |
| JESSY SALVADOR AVILA, | ) (ID#) 02802480 |
| | ) |
| Defendant. | ) |
| | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JESSY SALVADOR AVILA** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Wed 6/20/18 _____ 3:00 PM CWH 3C _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 13, 2018

_____
UNITED STATES MAGISTRATE JUDGE

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUN 13 2018

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

DAYLE ELIESON
United States Attorney
District of Nevada
**ELHAM ROOHANI**
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr- /88 |
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| vs. | ) | JESSY SALVADOR AVILA |
| | ) | (ID#) 02802480 |
| JESSY SALVADOR AVILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JESSY SALVADOR AVILA** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JESSY SALVADOR AVILA** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JESSY SALVADOR AVILA** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on I/A & A/P Wed 6|20|18 _____ 3:00 PM CWH 3C _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JESSY SALVADOR AVILA** before the United States District Court on or about _____ I/A & A/P Wed 6|20|18 3:00 PM CWH 3C _____, at the hour of 3:00 p.m.,

1    for arraignment and from time to time and day to day thereafter until excused by the Court has

2    been ordered by the United States Magistrate or District Judge for the District of Nevada.

3         WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4    Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

5    Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

6    them to produce the said **JESSY SALVADOR AVILA** before the United States District Court

7    on or about _____ I/A & A/P Wed 6|20|18  3:00 PM  CWH 3C _____, at the hour of 3:00 p.m., for

8    arraignment and from time to time and day to day thereafter, at such times and places as may be

9    ordered and directed by the Court entitled above, to appear before the Court, and when excused

10   by the said Court, to be returned to the custody of the Warden, Clark County Detention Center,

11   Las Vegas, Nevada.

12        DATED this 13th day of June, 2018.

13
                                   Respectfully submitted,
14
                                   DAYLE ELIESON
15                                 United States Attorney

16                                 *Elham Roohani*

17                                 ELHAM ROOHANI
                                   Assistant United States Attorney
18

19

20

21

22

23

24